**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14−02932**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/30/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher David Moy<br>1290 Haverhill Circle<br>Naperville, IL 60563 | Lee Moy<br>1290 Haverhill Circle<br>Naperville, IL 60563 |
| Case Number:   14−02932<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−0161<br>xxx−xx−1865 |
| Attorney for Debtor(s) (name and address):<br>Nathan C Volheim<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number:  630−575−8181 | Bankruptcy Trustee (name and address):<br>David E Grochocinski<br>InnovaLaw, PC<br>1900 Ravinia Place<br>Orland Park, IL 60462<br>Telephone number:  708−675−1975 |

### Meeting of Creditors:
Date: **February 25, 2014**        Time: **02:00 PM**

Location: **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 4/28/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday − Friday 8:30 AM −4:30 PM | Date: January 31, 2014 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                             Case No. 14-02932-DRC
Christopher David Moy                                              Chapter 7
Lee Moy
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1         User: carmstead              Page 1 of 2                 Date Rcvd: Jan 31, 2014
                             Form ID: b9a                 Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2014.
db/jdb       +Christopher David Moy,    Lee Moy,    1290 Haverhill Circle,    Naperville, IL 60563-3441
21473638     +Advocate Condell Medical Center,    801 S. Milwaukee Avenue,    Libertyville, IL 60048-3204
21473639     +Allied Interstate,   3000 Corporate Exchange Drive,    5th Floor,    Columbus, OH 43231-7723
21473640     +Anesthesia Associates of Crystal Valley,    4309 W. Medical Center Dirve,    Suite A201,
               McHenry, IL 60050-8408
21473642     +Blitt & Gaines, P.C.,    661 W. Glenn Avenue,   Wheeling, IL 60090-6017
21473648     +CBE Group,   1309 Technology Parkway,    Cedar Falls, IA 50613-6976
21473669    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot,     Po Box 688966,    Des Moines, IA 50368-8966)
21473651     +Chase,   3415 Vision Drive,    Mail Code OH4-7142,   Columbus, OH 43219-6009
21473653     +CitiFinancial Services Inc,    15949 S. Harlem Avenue,    Tinley Park, IL 60477-1609
21473654     +CitiFinancial, Inc,    300 St. Paul Place,   Baltimore, MD 21202-2120
21473655      City of Ames,   505 Clark Avenue,    Ames, IA 50010
21473657     +Commonwealth Financial Systems,    245 Main Street,   Dickson City, PA 18519-1641
21473658     +Consumer Portfolio Services,    Attn:Bankruptcy,   19500 Jamboree Road,    Irvine, CA 92612-2401
21473663      DuPage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0159
21473664     +Edward Health Ventures,    26185 Network Place,   Chicago, IL 60673-1261
21473665      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21473666     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21473667     +General Service Bureau,    Attn: Bankruptcy,   Po Box 641579,    Omaha, NE 68164-7579
21473668     +Global Medical Imaging,    25 Tower Court #A,   Gurnee, IL 60031-3318
21473673     +NAPERVILLE RADIOLOGISTS S C,    801 S Washington Street,    Naperville, IL 60540-7430
21473675     +NEPHROLOGY ASSOCIATES OF NORTHERN,    3825 Highland Avenue,    Suite 4c,
               Downers Grove, IL 60515-1550
21473677    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court: Nissan Motor Acceptance,     Attn: bankruptcy,    8900 Freeport Parkway,
               Irving, TX 75063)
21473674     +Ndc Ck Svc,   6215 W. Howard Street,    Niles, IL 60714-3403
21473676     +Nephrology Associates of No. Illinios,    855 Madison Street,    Oak Park, IL 60302-4420
21473678     +Pro Com Services of Illinois,    3301 Constitution Drive,    Springfield, IL 62711-7109
21473679     +Stellar Recovery, Inc,    1327 Highway 2 West,   Suite 100,    Kalispell, MT 59901-3413
21473680     +Trans Union LLC,    1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: courtinfo@sulaimanlaw.com Feb 01 2014 00:56:39      Nathan C Volheim,
               Sulaiman Law Group, LTD,    900 Jorie Blvd,   Suite 150,    Oak Brook, IL 60523
tr           +EDI: FDEGROCHOCINSKI.COM Feb 01 2014 00:43:00      David E Grochocinski,    InnovaLaw, PC,
               1900 Ravinia Place,   Orland Park, IL 60462-3760
21473641     +EDI: BANKAMER2.COM Feb 01 2014 00:43:00      Bank Of America, N.A. *,    401 N. Tryon Street,
               NC1-021-02-20,   Charlotte, NC 28255-0001
21473643     +EDI: BCSERVICES.COM Feb 01 2014 00:43:00      Boettcher and Associates, Inc.,    451 21st Avenue,
               Longmont, CO 80501-1421
21473644     +EDI: STFC.COM Feb 01 2014 00:43:00      CACH LLC / Square Two Financial,
               4340 S. Monaco Street, 2nd Floor,    Denver, CO 80237-3408
21473652      EDI: CITICORP.COM Feb 01 2014 00:43:00      Citicorp Credit Services *,
               ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
21473670      EDI: CITICORP.COM Feb 01 2014 00:43:00      Home Depot Credit Services,
               c/o Citicards Private Label,    P.O. Box 20483,   Kansas City, MO 64195
21473645     +EDI: AIS.COM Feb 01 2014 00:43:00     Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,   Oklahoma City, OK 73154-1529
21473646     +EDI: CAPITALONE.COM Feb 01 2014 00:43:00      Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
21473647     +E-mail/Text: bankruptcy@cavps.com Feb 01 2014 00:58:19      Cavalry Portfolio Services,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
21473649     +E-mail/Text: contact@csicollects.com Feb 01 2014 00:58:48      Certified Services Inc,
               1733 Washington Street Suite 2,    Waukegan, IL 60085-5192
21473650     +EDI: CHASE.COM Feb 01 2014 00:43:00      Chase *,    ATTN: Bankruptcy Department,    P.O. Box 15298,
               Wilmington, DE 19850-5298
21473656     +E-mail/Text: legalcollections@comed.com Feb 01 2014 00:58:41      Comed,    Po Box 87522,
               Chicago, IL 60680-0522
21473659     +E-mail/Text: cedwards@pcsia.net Feb 01 2014 00:57:34      Credit Burea Service Of Iowa,
               1306 S 7th Street,    Oskaloosa, IA 52577-4114
21473660     +EDI: RCSFNBMARIN.COM Feb 01 2014 00:43:00      Credit One Bank,    P.O Box 98872,
               Las Vegas, NV 89193-8872
21473661      EDI: RCSDELL.COM Feb 01 2014 00:43:00      Dell Financial Services,    Attn: Bankrupcty,
               Po Box 81577,   Austin, TX 78708
21473662     +EDI: ESSL.COM Feb 01 2014 00:43:00      Dish Network,    9601 S. Meridian Boulevard,
               Englewood, CO 80112-5905
21473671     +EDI: CBSKOHLS.COM Feb 01 2014 00:43:00      Kohl's Credit *,    N56 W17000 Ridgewood Drive,
               Menomonee Falls, WI 53051-7096
21473672     +EDI: MID8.COM Feb 01 2014 00:43:00      Midland Funding,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
```

```
District/off: 0752-1           User: carmstead              Page 2 of 2                   Date Rcvd: Jan 31, 2014
                               Form ID: b9a                 Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21473681       +EDI: WFFC.COM Feb 01 2014 00:43:00      Wells Fargo Bank, N.A.,    420 Montgomery Street,
                 San Francisco, CA 94104-1298
21473682       +EDI: WFFC.COM Feb 01 2014 00:43:00      Wells Fargo Financial Bank,   4137 121st Street,
                 Urbandale, IA 50323-2310
                                                                                                 TOTAL: 21

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2014 at the address(es) listed below:
              David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
              Nathan C Volheim    on behalf of Debtor Christopher David Moy courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              Nathan C Volheim    on behalf of Joint Debtor Lee  Moy courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```