B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–02932**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher David Moy | Lee Moy |
| 1290 Haverhill Circle | 1290 Haverhill Circle |
| Naperville, IL 60563 | Naperville, IL 60563 |

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0161                                    xxx–xx–1865

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>April 29, 2014</u>                    <u>Jeffrey P. Allsteadt, Clerk</u>
                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                         Case No. 14-02932-DRC
Christopher David Moy                                          Chapter 7
Lee Moy
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin                 Page 1 of 2                  Date Rcvd: Apr 29, 2014
                              Form ID: b18                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2014.
db/jdb        +Christopher David Moy,    Lee Moy,    1290 Haverhill Circle,    Naperville, IL 60563-3441
21473638      +Advocate Condell Medical Center,    801 S. Milwaukee Avenue,    Libertyville, IL 60048-3204
21473639      +Allied Interstate,   3000 Corporate Exchange Drive,    5th Floor,    Columbus, OH 43231-7723
21473640      +Anesthesia Associates of Crystal Valley,   4309 W. Medical Center Dirve,    Suite A201,
                McHenry, IL 60050-8408
21473642      +Blitt & Gaines, P.C.,   661 W. Glenn Avenue,    Wheeling, IL 60090-6017
21473648      +CBE Group,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
21473669     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Home Depot,    Po Box 688966,    Des Moines, IA 50368-8966)
21473651      +Chase,   3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
21473653      +CitiFinancial Services Inc,    15949 S. Harlem Avenue,    Tinley Park, IL 60477-1609
21473654      +CitiFinancial, Inc,    300 St. Paul Place,    Baltimore, MD 21202-2120
21473655       City of Ames,    505 Clark Avenue,   Ames, IA 50010
21473657      +Commonwealth Financial Systems,   245 Main Street,    Dickson City, PA 18519-1641
21473658      +Consumer Portfolio Services,   Attn:Bankruptcy,    19500 Jamboree Road,    Irvine, CA 92612-2401
21473663       DuPage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0159
21473664      +Edward Health Ventures,   26185 Network Place,    Chicago, IL 60673-1261
21473665       Equifax Information Services, LLC,   1550 Peachtree Street NW,    Atlanta, GA 30309
21473666      +Experian Information Solutions, Inc.,   475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21473667      +General Service Bureau,   Attn: Bankruptcy,    Po Box 641579,    Omaha, NE 68164-7579
21473668      +Global Medical Imaging,    25 Tower Court #A,   Gurnee, IL 60031-3318
21473673      +NAPERVILLE RADIOLOGISTS S C,    801 S Washington Street,    Naperville, IL 60540-7430
21473675      +NEPHROLOGY ASSOCIATES OF NORTHERN,    3825 Highland Avenue,    Suite 4c,
                Downers Grove, IL 60515-1550
21473677     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissan Motor Acceptance,    Attn: bankruptcy,    8900 Freeport Parkway,
                Irving, TX 75063)
21473674      +Ndc Ck Svc,   6215 W. Howard Street,    Niles, IL 60714-3403
21473676     #+Nephrology Associates of No. Illinios,    855 Madison Street,    Oak Park, IL 60302-4420
21473678      +Pro Com Services of Illinois,   3301 Constitution Drive,    Springfield, IL 62711-7109
21473679      +Stellar Recovery, Inc,   1327 Highway 2 West,    Suite 100,    Kalispell, MT 59901-3413
21473680      +Trans Union LLC,   1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21576076      +EDI: ATLASACQU.COM Apr 30 2014 01:24:00       Atlas Acquisitions LLC,    Attn: Avi Schild,
                294 Union St.,    Hackensack, NJ 07601-4303
21473641      +EDI: BANKAMER2.COM Apr 30 2014 01:23:00       Bank Of America, N.A. *,    401 N. Tryon Street,
                NC1-021-02-20,    Charlotte, NC 28255-0001
21473643      +EDI: BCSERVICES.COM Apr 30 2014 01:24:00       Boettcher and Associates, Inc.,    451 21st Avenue,
                Longmont, CO 80501-1421
21473644      +EDI: STFC.COM Apr 30 2014 01:23:00       CACH LLC / Square Two Financial,
                4340 S. Monaco Street, 2nd Floor,    Denver, CO 80237-3485
21473652       EDI: CITICORP.COM Apr 30 2014 01:23:00       Citicorp Credit Services *,
                ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
21473670       EDI: CITICORP.COM Apr 30 2014 01:23:00       Home Depot Credit Services,
                c/o Citicards Private Label,    P.O. Box 20483,    Kansas City, MO 64195
21473645      +EDI: AIS.COM Apr 30 2014 01:24:00       Capital One, N.A. *,    c/o American Infosource,
                P.O Box 54529,    Oklahoma City, OK 73154-1529
21473646      +EDI: CAPITALONE.COM Apr 30 2014 01:23:00       Capital One, N.A.*,    1680 Capital One Drive,
                Mc Lean, VA 22102-3407
21473647      +E-mail/Text: bankruptcy@cavps.com Apr 30 2014 01:40:09      Cavalry Portfolio Services,
                500 Summit Lake Drive,    Valhalla, NY 10595-2322
21473649      +E-mail/Text: contact@csicollects.com Apr 30 2014 01:40:47       Certified Services Inc,
                1733 Washington Street Suite 2,    Waukegan, IL 60085-5192
21473650      +EDI: CHASE.COM Apr 30 2014 01:23:00       Chase *,   ATTN: Bankruptcy Department,    P.O. Box 15298,
                Wilmington, DE 19850-5298
21473656      +E-mail/Text: legalcollections@comed.com Apr 30 2014 01:40:37       Comed,    Po Box 87522,
                Chicago, IL 60680-0522
21473659      +E-mail/Text: cedwards@pcsia.net Apr 30 2014 01:38:47       Credit Burea Service Of Iowa,
                1306 S 7th Street,    Oskaloosa, IA 52577-4114
21473660      +EDI: RCSFNBMARIN.COM Apr 30 2014 01:23:00       Credit One Bank,    P.O Box 98872,
                Las Vegas, NV 89193-8872
21473661       EDI: RCSDELL.COM Apr 30 2014 01:23:00       Dell Financial Services,    Attn: Bankrupcty,
                Po Box 81577,    Austin, TX 78708
21473662      +EDI: ESSL.COM Apr 30 2014 01:23:00       Dish Network,    9601 S. Meridian Boulevard,
                Englewood, CO 80112-5905
21473671      +EDI: CBSKOHLS.COM Apr 30 2014 01:23:00       Kohl’s Credit *,    N56 W17000 Ridgewood Drive,
                Menomonee Falls, WI 53051-7096
21473672      +EDI: MID8.COM Apr 30 2014 01:23:00       Midland Funding,    8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
21473681      +EDI: WFFC.COM Apr 30 2014 01:23:00       Wells Fargo Bank, N.A.,    420 Montgomery Street,
                San Francisco, CA 94104-1298
```

```
District/off: 0752-1          User: admin              Page 2 of 2            Date Rcvd: Apr 29, 2014
                              Form ID: b18             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
21473682     +EDI: WFFC.COM Apr 30 2014 01:23:00      Wells Fargo Financial Bank,   4137 121st Street,
              Urbandale, IA 50323-2310
                                                                                              TOTAL: 20

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2014 at the address(es) listed below:
              David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
              Nathan C Volheim    on behalf of Debtor Christopher David Moy courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Joint Debtor Lee  Moy courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 4